IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03370-KLM

HELEN STARR,

    Plaintiff,

v.

WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST L.P.,

    Defendant.

## STIPULATED ORDER

    The Parties, through undersigned counsel, have stipulated to the following:

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

1

APPROVED:

/s/ John A. Cimino
John A. Cimino, Esq., #14032
CIMINO & BENHAM, LLC
925 East 17th Avenue
Denver, Colorado   80218
Phone: (303) 813-0000
Email: JCimino2014@aol.com
*Attorney for Plaintiff*

/s/ Christopher P. Brown
Christopher P. Brown Esq,
NEMIROW PEREZ, P.C.
445 Union Blvd. #209
Lakewood, Colorado 80228
Phone: (720) 638-1234
Email: cbrown@nemirowperez.com
*Attorney for Defendant*

DATED at Denver, Colorado, this 16 day of  April , 2015.

BY THE COURT:

_____
Kristen L. Mix
U.S. District Court Magistrate Judge