IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03370-MSK-KLM

HELEN STARR,

   Plaintiff,

v.

WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST L.P.,

   Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [#26] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#26] is **DENIED without prejudice**. First, the Court will not enter a protective order for "confidential information" which does not define such information in a clear and succinct way. Definition of such information as "documents . . . protected by the right of privacy" is insufficient. Second, the Court will not enter a protective order for confidential information which does not permit a party to challenge any designation of information as "confidential." For an acceptable protective order, see *Gillard v. Boulder Valley Sch. Dist. RE-2*, 196 F.R.D. 382, 388-89 (D. Colo. 2000).

Dated:  May 22, 2015