IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03370-MSK-KLM

HELEN STARR,

      Plaintiff,

v.

WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST L.P.,

      Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Amended Motion for Protective Order [#29]** (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#29] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#29-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: July 1, 2015